# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Cassidy Marie Catherine Thomas,

Debtor.

Case No. 22-13131-mdc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

DeVry University
1200 E Diehl Rd
Naperville, IL 60563-1200

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-9617

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Date: November 29, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com