**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 22-13131-mdc |
| Cassidy Marie Catherine Thomas, | Chapter 13 |
| Debtor. | SSN: xxx-xx-0339 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Debtor Cassidy Marie Catherine Thomas, it is hereby **ORDERED** that:

1. Debtor's employer, PNC Bank N.A. ("the employer") shall pay $414.93 directly from each of her regular biweekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:

                                                  Magdeline D. Coleman
                                                  Chief U.S. Bankruptcy Judge

CC:    PNC Bank N.A.
          1900 East 9th St.
          Mail Stop B7-YB13-23-1
          Cleveland, OH 44114-3484

          Cassidy Marie Catherine Thomas
          151 Snyder Ave.
          Philadelphia, PA 19148-2617