**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :          CHAPTER 13

Cassidy Marie Catherine Thomas


         DEBTOR                                     :          BKY. NO.  22-13131-mdc


**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**


1.  That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the

MOTION TO MODIFY PLAN   was served to all interested parties via Electronic Means or Via

Regular Mail.

2.      That as of the date hereof, no answer, objection, or request for a Hearing has

been filed with the Clerk's Office or served on the undersigned.

         WHEREFORE, the undersigned respectfully requests an Order be entered.


         Respectfully submitted,


DATE:  January 3, 2024                       _/s/ Michael A. Cibik
                                             MICHAEL A. CIBIK, ESQUIRE
                                             CIBIK LAW, P.C.
                                             1500 WALNUT STREET, STE. 900
                                             PHILADELPHIA, PA 19102
                                             (215) 735-1060