# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                          Case No. 22-13131

    Cassidy Marie Catherine Thomas,          Chapter 13

        Debtor.

### Debtor's Motion to Pay Trustee by Wage Attachment

Debtor Cassidy Marie Catherine Thomas, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: March 15, 2024                    CIBIK LAW, P.C.
                                        *Counsel for Debtor*

                                        By: /s/ Michael A. Cibik
                                            Michael A. Cibik (#23110)
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA 19102
                                            215-735-1060
                                            mail@cibiklaw.com