**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 22-13131 |
|---|---|
| Cassidy Marie Catherine Thomas, | Chapter 13 |
| Debtor. | SSN: xxx-xx-0339 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Cassidy Marie Catherine Thomas, it is hereby **ORDERED** that:

1. Debtor's employer, Bank of America, National Association ("the employer") shall pay $473.50 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: March 25, 2024

_____
Magdeline D. Coleman
U.S. Bankruptcy Judge

CC: Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202