United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13131-pmm |
| Cassidy Marie Catherine Thomas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cassidy Marie Catherine Thomas, 151 Snyder Ave, Philadelphia, PA 19148-2617 |
| 14737532 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14737543 | | Missy Kolatosz, 419 Durfor St, Philadelphia, PA 19148-3909 |
| 14737547 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14737548 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:38:07 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738109 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2024 00:37:43 | AIS Portfolio Services, LLC, Attn: Ally Bank Department, Account: XXXXXXXX4927, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737969 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2024 01:33:30 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14742645 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2024 00:38:17 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737525 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2024 00:28:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14737526 | + | Email/Text: bnc-applied@quantum3group.com | Apr 26 2024 00:29:00 | Applied Bnk, Attn: Bankruptcy Attn: Bankruptcy, 2200 Concord Pike , Suite 102, Wilmington, DE 19803-2978 |
| 14737527 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 26 2024 00:28:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14737528 | + | Email/Text: bk@avant.com | Apr 26 2024 00:29:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14737529 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2024 00:28:00 | Bank of America, Po Box 15284, Wilmington, DE 19850-5284 |
| 14737533 | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, Bankruptcy Department, 1401 John F Kennedy Blvd Rm 580, Philadelphia, PA 19102-1640 |
| 14737535 | | Email/Text: cfcbackoffice@contfinco.com | Apr 26 2024 00:28:00 | Continental Finance Company, Attn: Bankruptcy, |

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | PO Box 8099, Newark, DE 19714-8099 |
| 14737530 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 01:33:30 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14741492 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2024 00:38:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14737531 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:37:43 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14737534 | | Email/Text: bankruptcy@philapark.org | Apr 26 2024 00:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14737536 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2024 01:33:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14737537 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2024 00:37:37 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14743196 | + | Email/Text: bankruptcynotices@devry.edu | Apr 26 2024 00:29:00 | DeVry University, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 14737538 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 26 2024 00:37:37 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14737539 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 26 2024 00:28:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14737540 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2024 00:29:00 | Genesis FS Card, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14737541 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2024 00:29:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14737542 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14746560 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:38:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741702 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2024 00:37:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14737544 | + | Email/PDF: pa_dc_claims@navient.com | Apr 26 2024 00:37:51 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14737545 | | Email/Text: fesbank@attorneygeneral.gov | Apr 26 2024 00:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14737550 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:37:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14742720 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:37:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14737546 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14737549 | + | Email/Text: bankruptcy@philapark.org | Apr 26 2024 00:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14749700 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 00:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14751735 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 00:28:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14744367 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 00:28:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14745781 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 01:33:30 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14737552 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Apr 26 2024 00:28:00 | Sezzle, Attn: Bankruptcy, PO Box 3320, Minneapolis, MN 55403 |
| 14737551 | | Email/Text: DeftBkr@santander.us | Apr 26 2024 00:28:00 | Santander Bank, 75 State St, Boston, MA 02109-1827 |
| 14737553 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:59 | Syncb/Amazon Secured, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14752068 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 00:29:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14737554 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 00:28:00 | Target Nb, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14737555 | ^ | MEBN | Apr 25 2024 23:53:16 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14737556 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2024 00:29:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14737557 | ^ | MEBN | Apr 25 2024 23:53:03 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14737558 | ^ | MEBN | Apr 25 2024 23:52:47 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 50 |

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK

on behalf of Debtor Cassidy Marie Catherine Thomas help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD

on behalf of Debtor Cassidy Marie Catherine Thomas help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
CASSIDY MARIE CATHERINE THOMAS

Debtor     Bankruptcy No. 22-13131-pmm

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 25, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge